UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
:
JOSE MARCOS MORALES RAMIREZ, et al.,                          :
:
                          Plaintiffs,     :
:
           -v-                                          :                  23-CV-1097 (JMF)
:
PREMIER INTERIORS, INC., et al.,                                   :                  ORDER
:
                        Defendants.    :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        At least one of the Defendants in this action appears to be in default.  Plaintiffs shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within two weeks of the date of this Order**.  In their motion, Plaintiffs should address whether Defendant Premier Interiors, Inc. has been properly served.

        If Plaintiffs' counsel submits calculations in support of any motion for default judgment, Plaintiffs' counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers@nysd.uscourts.gov.  If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

        Plaintiffs shall electronically serve a copy of this Order on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

        In addition, the initial pretrial conference scheduled for May 11, 2023, *see* ECF No. 8, is hereby ADJOURNED *sine die*.

        SO ORDERED.

Dated: May 1, 2023
      New York, New York                                JESSE M. FURMAN
                                             United States District Judge