UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOSE MARCOS MORALES RAMIREZ et al.,                  :
:
                               Plaintiffs,               :                23-CV-1097 (JMF)
:
                    -v-                              :                   ORDER
:
PREMIER INTERIORS, INC. et al.,                     :
:
                               Defendants.             :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       At the show cause hearing scheduled for July 20, 2023, at 10 a.m., counsel for Plaintiffs should be prepared to address their request for damages. In particular, Plaintiffs' default judgment motion states that they seek $204,500 in damages. ECF No. 21, at 2. But the affidavits each Plaintiff submitted in support of the motion are inconsistent with that damages request; in total, the affidavits request $201,500 in damages. *See* ECF No. 21-1, ¶ 18 (seeking $109,000); ECF No. 21-2, ¶ 19 (seeking $92,500). Counsel for Plaintiffs should be prepared to address this discrepancy at the hearing.

       As a reminder, the show cause hearing will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.

       SO ORDERED.

Dated: July 17, 2023
       New York, New York
                                                       _____
                                                              JESSE M. FURMAN
                                                          United States District Judge