UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE MARCOS MORALES RAMIREZ et al.,                               :
:
                     Plaintiffs,                               :
:       23-CV-1097 (JMF)
     -v-                                                        :
:       ORDER
PREMIER INTERIORS, INC. et al.,                                   :
:
                     Defendants.                               :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today:

- As Defendants have now appeared, Plaintiffs' motion for default judgment is DENIED.

- Defendants shall file an Answer by **July 21, 2023.**

- The initial pretrial conference is scheduled for **August 24, 2023, at 9 a.m.** Counsel are reminded to follow the procedures set forth in the Court's February 10, 2023 Order, ECF No. 8, for that conference.

- The requirement that the parties attend a settlement conference before the assigned Magistrate Judge two weeks before the initial conference is vacated. The parties should be prepared to discuss settlement at the initial conference.

      The Clerk of Court is directed to terminate ECF 21.

      SO ORDERED.

Dated: July 20, 2023
       New York, New York
                                                      JESSE M. FURMAN
                                                  United States District Judge