UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JAMES KILKENNY and CHARLES PRIOLO, *as* :
*Trustees of the Construction Council Local 175 Pension* :
*Fund, et al.*, : 22-CV-10877 (JMF)
:
               Plaintiffs, : ORDER WITHDRAWING
: REFERENCE TO
     -v- : MAGISTRATE JUDGE
:
RE-EARTH OF STROUDSBURG, INC., :
:
               Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On May 11, 2023, the Honorable Kenneth Karas referred this case to Magistrate Judge Krause for General Pretrial.  *See* Docket No. 9.  The case was then reassigned to the undersigned, and the referral was reassigned to Magistrate Judge Lehrburger.  It is hereby ORDERED that the reference is WITHDRAWN.

    SO ORDERED.

Dated: July 20, 2023                         _____
      New York, New York                    JESSE M. FURMAN
                                                       United States District Judge