UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOSE MARCOS MORALES RAMIREZ et al., :
:
Plaintiffs, :
:                    23-CV-1097 (JMF)
-v- :
:                         ORDER
PREMIER INTERIORS, INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's February 2, 2023 Order, ECF No. 8, the parties were required to file a joint letter as well as a proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, no later than Thursday of the week prior to the initial pretrial conference.  To date, the parties have not filed the required documents.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 21, 2023, at 3:00 pm**.

      SO ORDERED.

Dated: August 18, 2023
       New York, New York
                                                          JESSE M. FURMAN
                                                   United States District Judge