```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE MARCOS MORALES RAMIREZ, et al,         :
                                            :    23-CV-1097 (JMF) (RWL)
                            Plaintiffs,     :
                                            :
            - against -                     :    ORDER
                                            :
PREMIER INTERIORS, INC., et al,             :
                                            :
                            Defendants.     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By September 18, 2023, Plaintiff's counsel shall file a letter showing explaining why they failed to appear at the pre-settlement conference call held on September 13, 2023 at 3:30 p.m.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2023
       New York, New York

Copies transmitted this date to all counsel of record.