```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE MARCOS MORALES RAMIREZ, et al,    :
                                        :        23-CV-1097 (RWL)
                     Plaintiffs,        :
                                        :
        - against -                     :        **ORDER**
                                        :
PREMIER INTERIORS, INC., et al,         :
                                        :
                     Defendants.        :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 1, 2023, I held a settlement conference during which the parties agreed to terms of settlement.   However, the Court has not yet received either a settlement agreement or requisite submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).   Accordingly, the parties shall make these submissions to the Court by December 7, 2023.


                                    SO ORDERED.


                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1