```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE MARCOS MORALES RAMIREZ, et al,  :
                                     :    23-CV-1097 (RWL)
                Plaintiffs,          :
                                     :
         - against -                 :    **ORDER**
                                     :
PREMIER INTERIORS, INC., et al,      :
                                     :
                Defendants.          :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court held a conference with counsel on February 15, 2024 via Microsoft Teams resolving post-settlement agreement issues. The parties shall file the requisite *Cheeks* submission and settlement agreement by March 15, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 15, 2024
       New York, New York

Copies transmitted this date to all counsel of record.